[No. 47683-5-II.   Division Two.   September 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD RAY KASS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00358-7, Suzan L. Clark, J., entered June 3, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47733-5-II.   Division Two.   September 13, 2016.]

*In the Matter of the Personal Restraint of* FRED CARL DURGELOH, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Lee, J., concurred in by Johanson and Sutton, JJ.

[No. 48492-7-II.   Division Two.   September 13, 2016.]

*In the Matter of the Personal Restraint of* STEWART MICHAEL RIGGS, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 48739-0-II.   Division Two.   September 13, 2016.]

*In the Matter of the Personal Restraint of* ROBERT GREGORY, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.